IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALIFERIS,**, *et al.*<br><br>Plaintiffs,<br><br>v.<br><br>**NEWSOM,** *et al.*<br><br>Defendants. | 2:22-cv-00126-JAM-KJN<br><br>**ORDER GRANTING SCHEDULE FOR FILING FIRST AMENDED COMPLAINT AND RESPONSIVE PLEADINGS** |

Having read and considered the parties' joint stipulation for filing a First Amended Complaint and Responsive Pleadings and finding good cause,

**IT IS HEREBY ORDERED** that the time for filing the First Amended Complaint and responsive pleadings will be the following:

Plaintiffs' First Amended Complaint Due: April 12, 2022

All Defendants' Responsive Pleadings Due: May 10, 2022

**IT IS SO ORDERED.**

DATED: March 23, 2022            /s/ John A. Mendez
                                 THE HONORABLE JOHN A. MENDEZ
                                 UNITED STATES DISTRICT COURT JUDGE

1