IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALIFERIS,**, *et al.* <br><br> Plaintiffs, <br><br> v. <br><br> **NEWSOM,** *et al.* <br><br> Defendants. | 2:22-cv-00126-JAM-KJN <br><br> **ORDER GRANTING SCHEDULE FOR RESPONDING TO DEFENDANTS' MOTIONS TO DISMISS** |

Having read and considered the parties' joint stipulation for responding to all Defendants' Motions to Dismiss and finding good cause,

**IT IS HEREBY ORDERED** that the briefing schedule in advance of the July 26, 2022 hearing on the Motions to Dismiss will be the following:

Plaintiffs' Opposition Briefing Due: June 20, 2022

Defendants' Reply Briefing Due: July 15, 2022.

**IT IS SO ORDERED.**
DATED: May 20, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

1