IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALIFERIS,** *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> **NEWSOM,** *et al.* <br><br> Defendants. | 2:22-cv-00126-JAM-KJN <br><br> **ORDER GRANTING PLAINTIFFS' EXTENSION TO FILE THEIR OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |

Having read and considered the parties' joint stipulation for Extending Plaintiffs' Deadline to File Their Opposition to Defendants' Motion to Dismiss and finding good cause,

**IT IS HEREBY ORDERED** that the time for filing the Opposition to Defendants' Motion to Dismiss is extended from June 20, 2022, to June 22, 2022.

**IT IS SO ORDERED.**

DATED: June 17, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE